# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09 CR 16-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| DIANNA MARIA ALEMAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

THIS CAUSE came on to be heard, pursuant to the defendant's oral motion to amend conditions of pretrial release. The defendant, by and through her counsel requested that the court allow the defendant to have contact with her husband, David Jiminez Marin. Mr. Marin is a co-defendant. Mr. Marin's case is still pending and it appears that his case will be a matter for trial. The defendant, on the other hand, has entered a plea of guilty and as a part of her plea of guilty has agreed to cooperate with the government in regard to the prosecution of others. Due to that agreement, the undersigned must deny the oral motion of the defendant. To allow the motion would be prejudicial to both the defendant and to her husband/co-defendant, Mr. Marin.

## ORDER

IT IS, THEREFORE, **ORDERED** that the oral motion of the defendant to amend the conditions of pretrial release is hereby **DENIED**.

Signed: May 20, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge